UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

                              RE:    Jane Mary AVILA
                                        Docket Number: 1:07CR00083-001
                                        **REQUEST TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

The offender is requesting permission to travel to Mexico to assist her elderly mother in relocating to the United States, departing on or about June 1, 2012, and returning on or about June 14, 2012.

**Conviction and Sentencing Date:** On May 3, 2010, the offender appeared before the Honorable Oliver W. Wanger, United States District Judge, Eastern District of California, for sentencing after pleading guilty for a violation of 26 USC 7201, Attempt to Evade or Defeat Tax. On October 12, 2011, she was released from custody at which time supervision commenced.

**Sentence Imposed:** 18 months Bureau of Prisons; 36 months supervised release; $200.00 special assessment; $107,323.00 restitution. Special conditions: 1) Search; 2) No dissipation of assets; 3) Financial disclosure; 4) Financial restrictions; 5) Cooperate with IRS.

**Dates and Mode of Travel:** The offender indicated she would be traveling by airplane, departing on or about June 1, 2012, and returning on or about June 14, 2012.

**Recommendation:** On December 19, 2011, the offender submitted a request to travel to Mexico for the purpose of visiting her mother. The Court considered the information provided by the probation officer and denied the offender's request. This officer previously informed the Court that on November 14, 2011, a credit check was initiated to determine the offender's compliance. The credit report provided information that the offender opened a new line of credit with Kohl's Department Store during August 2011. It should be noted that the offender applied for a line of credit prior to the commencement of supervision. Even though she was not technically in violation of supervised release, she was not in

compliance with the orders of the Court. The offender was aware that her special conditions would prohibit her from obtaining new lines of credit without probation officer approval. In addition, she had been on supervision for a minimal period while owing an outstanding balance of restitution in the amount of $106,784.00.

Since her previous request, her response to supervision could be described as satisfactory in that she has obtained employment, is residentially stable, and has completed a second consecutive semester at Fresno City College. On May 16, 2012, a credit check was conducted that revealed no new lines of credit being opened. In addition, she has made consistent monthly payments, of no less than $100 per month, towards financial obligation. A recent payment inquiry report revealed the offender has paid a total of $1,039.00 towards her restitution and the $30,525.00 seized by the Postal Inspection Service was applied towards the ordered restitution, leaving a current balance of $76,559.00. She satisfied her $200 special assessment on June 22, 2010.

Based on the offender's level of compliance at this time, this officer would not object to the offender traveling outside the United States for the purpose stated; however, this officer respectfully defers to the Court. If the Court is inclined to accept the offender's request, this officer has provided an approved/denied page for Your Honor's convenience.

Respectfully submitted,

/s/ Rick Tarazon

**Rick Tarazon
United States Probation Officer**

Dated:      May 24, 2012
            Fresno, California
            RCT


**REVIEWED BY:**      /s/  Robert A. Ramirez
                      **Robert A. Ramirez
                      Supervising United States Probation Officer**

**RE:     Jane Mary AVILA**
        **Docket Number:   1:07CR00083-001**
        <u>**REQUEST TO TRAVEL OUTSIDE THE**</u>
        <u>**COUNTRY**</u>

cc:     Mark McKeon
        Assistant United States Attorney

        Katherine Hart
        Defense Counsel

**RE:    Jane Mary AVILA**
       **Docket Number:   1:07CR00083-001**
       **REQUEST TO TRAVEL OUTSIDE THE**
       **COUNTRY**

---

ORDER

Upon submission by the Defendant of documents that show her mother is entering this Country legally (i.e. that the Defendant is not participating the commission of a crime by helping her mother move), request GRANTED.

IT IS SO ORDERED.

**Dated:   May 25, 2012**              /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

Rev. 11/2009
MEMO ~ COURT.MRG